FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 12, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>AURELIO JAMES GONZALEZ,<br><br>        Defendant. | NO. 4:21-CR-06009-SAB-1<br><br>**ORDER GRANTING UNOPPOSED MOTION TO EXTEND SELF-REPORT DEADLINE** |

Before the Court are Defendant's Unopposed Motion to Extend Self-Report Deadline, ECF No. 66 and an associated Motion to Expedite, ECF No. 67. The motion was heard without oral argument and on an expedited basis. The United States is represented by Stephanie Van Marter. Defendant is represented by Douglas McKinley.

Defendant asks the Court to extend the deadline for him to self-report to the BOP facility at Sheridan, Oregon. Defendant indicates he has some pending medical appointments that he would like to attend before he starts his prison sentence. He reports the United States and U.S. Probation have taken no position on his request. Good cause exists to grant the motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendant's Motion to Expedite, ECF No. 67 is **GRANTED**.

2. Defendant's Unopposed Motion to Extend Self-Report Deadline, ECF No. 66, is **GRANTED.**

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND SELF-REPORT DEADLINE** ~ 1

3.    The Court **extends** the deadline for Defendant to self-report to the BOP facility at Sheridan, Oregon to **November 30, 2022**.

4.    U.S. Probation is directed to forward this Order to the Bureau of Prisons.

**IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order and furnish copies to counsel and U.S. Probation.

**DATED** this 12th day of September 2022.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND SELF-REPORT DEADLINE** ~ 2